No. 89–5592. ASCH ET UX. v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–5597. TELEPO v. ARNOLD ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–5607. LEPISCOPO v. MOWRER, JUDGE, DISTRICT COURT OF NEW MEXICO, SECOND JUDICIAL DISTRICT, ET AL. Sup. Ct. N. M. Certiorari denied.

No. 89–5625. OSPINA-VILLA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–5639. SPARKS v. SPARKS. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 89–5643. DARROMAN v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 89–5646. MYERS v. IBERIA PARISH COUNCIL ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–5652. BIRDWELL v. MCMAHON ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5663. GALLARDO ET AL. v. QUINLAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–5668. BOREN, AKA WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–5671. LOWE v. WELLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–5673. NIETO v. SULLIVAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–5677. SMITH v. PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. Pa. Commw. Ct. Certiorari denied.

No. 89–5682. SIMMONS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.